# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 6, 2026

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

No. 25-1361

| | |
|---|---|
| TANYA V. SVOBODA AND ANTONELLA M. ORTIZ COLOSI, <br> *Plaintiffs-Appellees*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 1:21-cv-05336 |
| AMAZON.COM AND AMAZON.COM SERVICES, LLC, <br> *Defendants-Appellants*. | Jorge L. Alonso, <br> *Judge.* |

**O R D E R**

On consideration of the petition for rehearing and rehearing en banc, no judge[1] in active service requested a vote on the petition for rehearing en banc and all members of the original panel have voted to deny rehearing and to issue an amended opinion. We added the following language on page 17: "The district court was also on solid ground in observing that it retained discretion on a finding of liability to award

---

[1] Judge St. Eve, Judge Lee, and Judge Kolar did not participate in the consideration of this petition.

damages on a classwide basis by, for example, assessing the amount of damages on a common per-scan basis." The court's opinion dated December 17, 2025, is amended in a separately filed opinion released today.

It is, therefore, ORDERED that rehearing and rehearing en banc are DENIED.